UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD BLUM,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 8:16-cv-959-T-36AAS

THE MARINE CORPS LEAGUE INC.,

    Defendant.
_____/

# ORDER

This matter is before the Court on Defendant's Motion to Compel Discovery Responses (Doc. 44). According to the motion, Plaintiff has not provided Defendant with his responses to interrogatories and requests for production propounded on July 20, 2017. (*Id.*). Plaintiff, who is now proceeding pro se, has not responded to the motion and the time for doing so has expired.

Accordingly, it is **ORDERED** that Defendant's Motion to Compel Discovery Responses (Doc. 44) is **GRANTED**. No later than **December 15, 2017**, Plaintiff shall provide Defendant with responses to Defendant's Interrogatories and Requests for Production.[1]

---

[1] Pro se Plaintiff is reminded that he is subject to the same law and rules of court as a litigant represented by counsel, including the Federal Rules of Civil Procedure and the Local Rules for the Middle District of Florida, and may be sanctioned for violating those rules or court orders. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989). To the extent Plaintiff would like assistance in pursuing the claims in this action, Plaintiff may seek assistance from the Federal Bar Association by completing a request form at http://federalbartampa.org/pro-bono. Plaintiff is also encouraged to consult the "Proceeding Without a Lawyer" guidelines on the Court's website, located at www.flmd.uscourts.gov/pro_se. In addition, the Tampa Bay Chapter of the Federal Bar Association operates a Legal Information Program on Tuesdays from 11:00 a.m. to 12:30 p.m. on the 2nd floor of the Sam M. Gibbons United States Courthouse, 801 North Florida Ave, Tampa, Florida. Through that program, pro se litigants may consult with a lawyer on a limited basis for free. More information about the program is available on the Court's website at www.flmd.uscourts.gov/pro_se/docs/pro-seLegal_Assist.htm.

**DONE AND ORDERED** in Tampa, Florida on this 7th day of December, 2017.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

Copies to: Pro se Plaintiff

2